JS-6

JOHN K. FLOCK ESQ. (SBN 200183)
THARPE & HOWELL, LLP
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, California 91403
(818) 205-9955; (818) 205-9944 fax
Email: jflock@tharpe-howell.com

Attorneys for Defendant,
COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.M.,<br><br>                    Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 to 25, inclusive,<br><br>                    Defendants. | Case No. 5:24-cv-2133-KK (DTBx)<br><br>**ORDER GRANTING STIPULATION TO LIMIT PLAINTIFF, C.M.'S DAMAGES** |

Following review of the Joint Stipulation to Limit Plaintiff's Damages, Plaintiff's agreement to limit his damages to $74,999.99, and good cause having been shown, the case is REMANDED to the Riverside County Superior Court, Case No.: CVRI2400842.

/ / /

IT IS SO ORDERED.

Dated: _____December 5_____. 2024

_____
HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

- 1 -
ORDER